UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER NIKOLA PESIC; PETER PESIC & CO. ADVISORS,

            Plaintiffs,

-against-

MAURITIUS INTERNATIONAL ARBITRATION CENTRE LIMITED, et al.,

           Defendants.

1:23-CV-1100 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated April 17, 2023, the Court dismissed this action, but granted Plaintiff Pesic, who appears *pro se*, 60 days' leave to replead his claims in a second amended complaint. On June 9, 2023, the Court received a letter from Plaintiff Pesic in which he requests an extension of time, until July 17, 2023, to file a second amended complaint. (ECF 10.) The Court grants Plaintiff Pesic's request.

    The period in which Plaintiff Pesic has leave to file a second amended complaint, in compliance with the Court's April 17, 2023, order, is extended to July 17, 2023. If Plaintiff Pesic fails to file a second amended complaint within the time allowed, the Court will enter judgment dismissing this action for the reasons set forth in the Court's April 17, 2023, order.

SO ORDERED.

Dated:  June 13, 2023
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge