Application GRANTED. Plaintiff's motion for default judgment shall be filed no later than July 25, 2024. Additionally, the filing at Docket No. 33, titled "Motion for Entry of Default" appears to be a request that the Clerk of Court issue a certificate of default as to Defendant Tilley. The Clerk of Court is directed to review that request (and accompanying documentation, *see* Docket Nos. 33-34) and issue a certificate of default if appropriate. The Clerk of Court is further directed to terminate Docket Nos. 33 & 35.

SO ORDERED.

May 13, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER NIKOLA PESIC, at al.,
    Plaintiff,

v.

MAURITIUS INTERNATIONAL
ARBITRATION CENTRE et al.,
    Defendants.

Civil Action No. 23-CV-1100 (JMF)

Date: May 9, 2024

### REQUEST FOR EXTENDED PERIOD OF TIME TO PREPARE AND FILE MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDAT BARRY THOMAS TILLEY

JESSE M. FURMAN, United States District Judge

Dear Judge FURMAN,

I, Peter Nikola Pesic, Pro se Plaintiff in Civil Action No. 23-CV-01100 (JMF) before this Court hereby ask the Court to grant me 90 days from the date MONTION FOR ENTRY OF DEFAULT was filed on April 26, 2024 to prepare and file MOTION FOR DEFAULT JUDGEMET AGAINST DEFENDAT BARRY THOMAS TILLEY. Due to limited resources at my disposal, I need this time to prepare and plead MOTION FOR DEFAULT JUDGEMET properly.

Dated May 9, 2024

Respectfully submitted,

By: /s/ *Peter N. Pesic*

*Peter Nikola Pesic, Plaintiff Pro Se*
c/o Pesic Group (Europe) AG
Rue de Lyon 77, 2nd Floor,
Geneva GE 1203, Switzerland
Email: pnpesic@gmail.com
Phone: +1(226) 271-1489

1