UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PETER NIKOLA PESIC et al.,                                              :
:
                Plaintiffs,                     :
:      23-CV-1100 (JMF)
    -v-                                                            :
:      <u>ORDER</u>
MAURITIUS INTERNATIONAL ARBITRATION                                     :
CENTRE LTD. et al.,                                                     :
:
                Defendants.                     :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 14, 2024, Plaintiff filed a motion to add defendants, which the Court construes as a motion for leave to file a Fourth Amended Complaint. *See* ECF No. 40. Although Plaintiff does not demonstrate why this request is timely (made over ten months after the filing of his Third Amended Complaint), Plaintiff's request is GRANTED in light of his *pro se* status and the status of the case. Plaintiff shall file his Fourth Amended Complaint no later than **July 12, 2024**.

      If Plaintiff files a Fourth Amended Complaint, the Clerk's Certificate of Default as to Defendant Tilley and Plaintiff's July 25, 2024, deadline for filing a motion for default judgment against Defendant Tilley will be vacated and Plaintiff will be required to properly and timely serve all Defendants named in the new, operative Complaint, including Defendant Tilley.

      Plaintiff is directed to serve a copy of this Order upon Defendant Tilley by the means of service used to serve the previous Complaint. The Clerk of Court is directed to terminate ECF No. 40.

      SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                              _____
                                                  JESSE M. FURMAN
                                              United States District Judge