UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                :

PETER NIKOLA PESIC et al.,                   :

                             :

                Plaintiffs,        :

                             :        23-CV-1100 (JMF)

      -v-                   :

                             :         ORDER

MAURITIUS INTERNATIONAL ARBITRATION   :
CENTRE LTD. et al.,               :

                             :

                Defendants.     :

                             :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 20, 2024, the Court granted Plaintiff leave to file a Fourth Amended Complaint no later than July 12, 2024, directing Plaintiff to serve a copy of the Order upon Defendant Tilley by the means of service used to serve the previous Complaint. *See* ECF No. 41. Plaintiff filed a declaration dated July 10, 2024 (docketed yesterday) requesting additional time to serve a copy of the Court's June 20, 2024 Order on Defendant Tilley and seeking an extension of time to file a Fourth Amended Complaint. *See* ECF No. 42.

Plaintiff's requests are GRANTED. Plaintiff shall serve a copy of the Court's June 20, 2024 Order **and a copy of this Order** upon Defendant Tilley by the means of service used to serve the previous Complaint **within twenty-one days of the date of this Order**, and is directed to file proof of such service on the docket **within three days of such service**. Plaintiff shall also file any Fourth Amended Complaint *or* motion for default judgment against Defendant Tilley **within twenty-one days of the date of this Order**.

Finally, the Court notes that it has already granted Plaintiff a number of generous extensions of various deadlines in light of his *pro se* status. It is unlikely that further extensions will be granted absent a showing of extraordinary circumstances.

      SO ORDERED.

Dated: July 17, 2024
      New York, New York                   _____
                                       JESSE M. FURMAN
                                    United States District Judge