UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PETER NIKOLA PESIC et al.,                                        :
:
                  Plaintiffs,    :
:  23-CV-1100 (JMF)
      -v-                                                   :
:  ORDER
:
MAURITIUS INTERNATIONAL ARBITRATION          :
CENTRE LTD. et al.,                                               :
:
                  Defendants.    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court previously directed Plaintiff to serve copies of its Orders dated June 20, 2024. and July 17, 2024, upon Defendant Tilley "by the means of service used to serve the previous Complaint," ECF Nos. 41 & 43 — namely, personal service, *see* ECF No. 30.  On August 7, 2024, Plaintiff filed a declaration indicating that he had thrice attempted to effectuate such service upon Tilley without success and accordingly sent copies of the Orders by DHL to Tilley "at his business address."  ECF No. 46.  Said "business address" appears to be the address of Intertrust Limited in Samoa, service upon which Plaintiff previously failed to demonstrate constituted adequate service as to Defendant Talinka Trading Inc.  *See* ECF Nos. 26 & 30.

       That said, in view of Plaintiff's reasonable diligence in attempting to serve copies of the Court's Orders upon Tilley and the fact that a Fourth Amended Complaint has now been filed, ECF No. 44, the Court deems Plaintiff's previous obligations satisfied.  To be clear, however, Plaintiff must properly serve all Defendants with his Fourth Amended Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure and the Hague Service Convention (as applicable).

       SO ORDERED.

Dated: August 15, 2024
       New York, New York

                                            _____
                                            JESSE M. FURMAN
                                            United States District Judge