UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PETER NIKOLA PESIC et al.,                            :
:
                   Plaintiffs,                    :
:     23-CV-1100 (JMF)
   -v-                                                        :
:     ORDER
:
MAURITIUS INTERNATIONAL ARBITRATION     :
CENTRE LTD. et al.,                                   :
:
                   Defendants.                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 19, 2024 Memorandum Opinion and Order to Show Cause, ECF No. 66, Plaintiff was required to file a memorandum of law, the contents of which are described therein, by December 16, 2024. To date, Plaintiff has not filed such a memorandum. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 23, 2024**. Failure to show cause by that date will result in the case being dismissed as abandoned, for failure to prosecute, and/or for the reasons set forth in the Court's November 19, 2024 Memorandum Opinion and Order to Show Cause.

       SO ORDERED.

Dated: December 17, 2024
       New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge