UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PETER NIKOLA PESIC, at al.,** **Plaintiff,** v. **MAURITIUS INTERNATIONAL ARBITRATION CENTRE et al.,** **Defendants.** | Civil Action No. 23-CV-1100 (JMF) Date**: December 17, 2024** |

### PLAINTIFF'S MOTION TO SEAL DOCKET ENTRY ECF No. 71

JESSE M. FURMAN, United States District Judge

Dear Judge FURMAN,

I, Peter Nikola Pesic, Pro se Plaintiff in Civil Action No. 23-CV-01100 (JMF) before this Court hereby file this motion asking the Court to seal docket entry ECF No. 71 which is unredacted copy of ECF No. 70 DECLARATION OF DOMICILE, for privacy protection purposes under F.R.C.P. Rule Rule 5.2. Privacy Protection For Filings Made with the Court (f) Option for Additional Unredacted Filing Under Seal. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.

Dated December 17, 2024

Respectfully submitted,

By: _____/s/ *Peter N. Pesic*_____

*Peter Nikola Pesic, Plaintiff Pro Se*
c/o Pesic Group (Europe) AG
Rue de Lyon 77, 2nd Floor,
Geneva GE 1203, Switzerland
Email: pnpesic@gmail.com
Phone: +1(226) 271-1489

Application GRANTED. The Clerk is directed to restrict viewing of ECF No. 71 to the parties and the Court and to terminate ECF No. 73.

SO ORDERED.

[signature]

December 19, 2024

1