UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PETER NIKOLA PESIC et al., :
:
                Plaintiffs, :
: 23-CV-1100 (JMF)
    -v- :
: ORDER
:
MAURITIUS INTERNATIONAL ARBITRATION :
CENTRE LTD. et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In its January 24, 2025 Order, the Court dismissed Plaintiff's Fourth Amended Complaint but granted him leave to file a Fifth Amended Complaint "limited to contract claims against [Robert] Sawatsky, [Barry] Tilley, and Talinka Trading [Inc.]" ECF No. 75, at 4. On February 24, 2025, Plaintiff filed his Fifth Amended Complaint re-alleging all of his dismissed claims against all Defendants, *see* ECF No. 79, ¶¶ 1-141, but adding allegations to support breach of contract claims against Sawatsky, Tilley, and Talinka Trading, *see id.* ¶¶ 142-151. To the extent that Plaintiff seeks, contrary to the Court's January 24, 2025 Order, to revive his previously dismissed claims in his Fifth Amended Complaint, the Court will disregard those claims. **Accordingly, the Clerk of Court is directed to terminate all Defendants in this case with the exception of Robert Sawatsky, Barry Tilley, and Talinka Trading Inc.**

      SO ORDERED.

Dated: February 27, 2025
       New York, New York
                                                 JESSE M. FURMAN
                                         United States District Judge