UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PETER NIKOLA PESIC et al.,                                              :
:
                            Plaintiff,                    :
:    23-CV-1100 (JMF)
        -v-                                                   :
:    ORDER
MAURITIUS INTERNATIONAL ARBITRATION                                     :
CENTRE LTD. et al.,                                                     :
:
                           Defendants.                   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff's Motion for a Judicial Finding of Probable Cause and Referral to the United States Attorney, ECF No. 110, is DENIED. The Clerk of Court is directed to terminate ECF No. 110.

       SO ORDERED.

Dated: November 25, 2025
       New York, New York                                JESSE M. FURMAN
                                                         United States District Judge