UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :

PETER NIKOLA PESIC et al.,                         :

                         Plaintiffs,        :

                                 :            23-CV-1100 (JMF)

         -v-                       :

                                 :              ORDER

MAURITIUS INTERNATIONAL ARBITRATION  :
CENTRE LTD. et al.,                     :

                               :

                       Defendants.      :

                               :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **December 2**, **2024**, Defendant Barry Tilley was served with a copy of the Fourth Amended Complaint, and proof of service was filed with the Court over one year later on **December 4, 2025**.  *See* ECF No. 115.  Notwithstanding that delay, to date, Tilley has failed to appear in this action.  No later than **December 12, 2025**, Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Tilley or if they have any other reason to believe that Tilley has actual notice of this lawsuit.

      Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant Tilley **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: December 5, 2025
      New York, New York                            _____
                                           JESSE M. FURMAN
                                       United States District Judge