UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

**PETER NIKOLA PESIC, et al.,**
**Plaintiff,**

v.

**MAURITIUS INTERNATIONAL**
**ARBITRATION CENTRE et al.,**
**Defendants.**

</td><td>

Civil Action No. 23-CV-1100 (JMF)

Date: December 4**, 2025**

</td></tr>
</table>

### PLAINTIFF'S LETTER MOTION TO FILE UNDER SEAL

Dear Judge FURMAN,

Plaintiff respectfully moves pursuant to 19 U.S.C. § 3057(a), SDNY Local Civil Rule 1.6, and ECF Rules 6 & 21, for leave to file under seal **Plaintiff's Motion for Referral to the United States Attorney Under 18 U.S.C. § 3057(a)** together with associated exhibits.

**Basis for Sealing:** Materials that may relate to potential criminal investigation.

Plaintiff respectfully requests that the Court enter an order:

  1. Granting leave to file the Referral Motion and exhibits under seal, with access limited to the Court;

  2. Directing the Clerk to maintain these documents under seal permanently or until further order.

 Dated December 4, 2025

 Respectfully submitted,

  By:_____ /s/ *Peter N. Pesic*_____

Plaintiff's belated motion to file under seal is DENIED. Plaintiff's contention that these materials may relate to unspecified future, potential criminal investigations is insufficient to overcome the "presumption of immediate access [to judicial documents]" that "applies under both the common law and the First Amendment." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 113 (2d Cir. 2006).

The Clerk of Court is directed to terminate ECF No. 116. As Plaintiff has previously consented to receive electronic notice via the ECF system, see ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

*Peter Nikola Pesic, Plaintiff Pro Se*
c/o Pesic Group (Europe) AG
Rue de Lyon 77, 2nd Floor,
Geneva GE 1203, Switzerland
Email: pnpesic@gmail.com
Phone: +1(226) 241-1826

SO ORDERED

December 8, 2025