UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PETER NIKOLA PESIC et al.,                                         :
                                                                   :
                                        Plaintiffs,                :
                                                                   :         23-CV-1100 (JMF)
                -v-                                                :
                                                                   :              ORDER
MAURITIUS INTERNATIONAL ARBITRATION                               :
CENTRE LTD. et al.,                                                :
                                                                   :
                                        Defendants.                :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court acknowledges receipt of Plaintiff's December 12, 2025 letter, ECF No. 120,
providing his reasons to believe Defendant Tilley has notice of this lawsuit.  The Court will enter
an order regarding next steps when service has been effected on Defendant Talinka Trading Inc.
or the deadline to serve that defendant — **March 9, 2026** — has passed.

        SO ORDERED.

Dated:  December 15, 2025                _____
        New York, New York                      JESSE M. FURMAN
                                             United States District Judge