UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PETER NIKOLA PESIC, at al.,**<br>     **Plaintiff,**<br>**v.**<br>**MAURITIUS INTERNATIONAL**<br>**ARBITRATION CENTRE et al.,**<br>     **Defendants.** | Civil Action No. 23-CV-1100 (JMF)<br><br><br>Date: December 23, **2025** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UDER SEAL EVIDENCE FOR ONGOING FOREIGN LAW-ENFORCEMENT INVESTIGATION**

Plaintiff Peter Nikola Pesic, appearing pro se, respectfully moves this Court for leave to file under seal Declaration regarding the evidence for existence of ongoing foreign law-enforcement investigation as referenced by the Court in Order on Motion for Protective Order see ECF 123.

In support of this motion, Plaintiff states as follows:

1. The proposed Declaration concerns proof of existence of related ongoing foreign law-enforcement criminal investigation.

2. Sealing is requested solely to preserve the integrity of current foreign investigation and avoid possible interference with ongoing foreign law-enforcement processes.

3. No reasonable alternative to sealing exists, as redaction would be insufficient to protect the interests described above.

1

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the proposed Declaration under seal.


Dated December 23, 2025


Respectfully submitted,


By:   /s/ Peter N. Pesic

Plaintiff's request to file a declaration under seal is denied. As the Court previously stated, *see* ECF No. 123, Sawatsky is no longer a party and communications between him and Plaintiff are therefore irrelevant to the pending case. Plaintiff is welcome to bring any communications to the attention of the foreign law enforcement conducting investigations into the matter. The Clerk of Court is directed to terminate ECF No. 124. As Plaintiff has previously consented to receive electronic notice via the ECF system, *see* ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

*Peter Nikola Pesic,*
*Plaintiff, Pro se*
c/o Pesic Group (Europe) AG
Rue de Lyon 77, 2nd Floor,
Geneva GE 1203, Switzerland
Email: pnpesic@gmail.com
Phone: +1(226) 271-1489

SO ORDERED.

January 5, 2026