UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PETER NIKOLA PESIC, at el.,**<br>     **Plaintiff,**<br>**v.**<br>**MAURITIUS INTERNATIONAL**<br>**ARBITRATION CENTRE et al.,**<br>     **Defendants.** | Civil Action No. 23-CV-1100<br>(JMF)<br><br><br>Date: February 24, **2026** |

**PLAINTIFF'S LETTER-MOTION TO SUPPLEMENT THE RECORD**

Dear Judge Furman:

Plaintiff respectfully submits this letter-motion solely to supplement the record with an additional written communication received from non-party Dragan Dimitrijevic, a third-party custodian of electronically stored information relevant to this action.

As reflected in prior docket entries (ECF 126-128), Plaintiff previously informed the Court of communications from Dimitrijevic concerning his possession and handling of litigation-related materials.

On February 24, 2026 (12:15am), Dimitrijevic transmitted an email stating, in relevant part:

"*You still have time to settle, as this is an internal matter that may become public this week.*"

1

Plaintiff does not seek substantive relief by this submission at this time. The purpose of this filing is solely to ensure that the record reflects the existence and timing of this additional communication for future reference once service is effected on the sole remaining defendant.

Respectfully submitted,

Dated February 24, 2026

Respectfully submitted,

By: /s/ Peter N. Pesic

*Peter Nikola Pesic,*
*Plaintiff, Pro se*
c/o Pesic Group (Europe) AG
Rue de Lyon 77, 2nd Floor,
Geneva GE 1203, Switzerland
Email: pnpesic@gmail.com
Phone: +1(226) 241-1846

Application DENIED.  As the Court previously noted, *see* ECF Nos. 129, 131, Plaintiff should refrain from further filings of this nature and focus his efforts on serving the remaining Defendants in this case.  The Clerk of Court is directed to terminate ECF No. 132.

SO ORDERED.

February 26, 2026

2