UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PETER NIKOLA PESIC, at el.,**<br>**Plaintiff,**<br>**v.**<br>**MAURITIUS INTERNATIONAL ARBITRATION CENTRE et al.,**<br>**Defendants.** | Civil Action No. 23-CV-1100 (JMF)<br><br>Date: July 9, **2026** |

**Request for Extension to Complete Service of Process Upon Defendant Talinka Trading Inc.**

Dear Judge Furman:

I respectfully write, pursuant to Federal Rule of Civil Procedure 4(m), Rule 4(f), and the Court's Order dated March 4, 2026, to request a further extension of one hundred eighty (180) days, through January 5, 2027, to complete service of process upon Defendant Talinka Trading Inc.

Plaintiff has exercised reasonable diligence in attempting to effect service. As previously reported to the Court, Plaintiff transmitted the Hague Convention service package, including the required forms and copies of the pleadings, to the Central Authority of the Commonwealth of Australia for service upon Talinka Trading Inc. pursuant to the Hague Service Convention.

To date, Plaintiff has not received confirmation that service has been completed or that the request has been returned. The delay is attributable to the international service process and is outside Plaintiff's control. Plaintiff has acted diligently throughout and continues to monitor the status of the request.

The Court previously recognized the need for additional time by extending Plaintiff's deadline ECF 136 to July 9, 2026, and expressly authorized Plaintiff to seek a further extension if necessary.

Because service is being pursued through the procedures prescribed by the Hague Service Convention ECF 135 good cause exists for a further extension. No party will be prejudiced by the requested extension, while denial of additional time could unfairly prevent adjudication of Plaintiff's claims against Talinka Trading Inc. on the merits.

Accordingly, Plaintiff respectfully requests that the deadline to serve Defendant Talinka Trading Inc. be extended for an additional one hundred eighty (180) days, through January 5, 2027, or such other date as the Court deems appropriate.

Respectfully submitted,

/s/ Peter Nikola Pesic

Dated July 9, 2026

Application GRANTED. Plaintiff's deadline to serve Defendant Talinka Trading Inc. is hereby EXTENDED to **January 5, 2027.** That said, Plaintiff's letter-motion requesting execution of a letter rogatory, *see* ECF No. 139, is hereby DENIED. Plaintiff has not explained why service in Panama is necessary given ongoing service in Australia. Nor has he explained what, if any, relationship exists between Quijano & Associates and Talinka Trading that would make the former entity's Panamanian address the appropriate location to serve the latter. The Clerk of Court is directed to terminate ECF No. 139.

SO ORDERED.

July 13, 2026

By: /s/ Peter N. Pesic

*Peter Nikola Pesic,*
*Plaintiff, Pro se*
c/o Pesic Group (Europe) AG
Rue de Lyon 77, 2nd Floor,
Geneva GE 1203, Switzerland
Email: pnpesic@gmail.com
Phone: +1(226) 241-0858